# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,

*Plaintiff(s)*

v.

ECLIPSE MEDICAL IMAGING, P.C, et al.,

*Defendant(s)*

Civil Action No. 21-cv-1074 BMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Annexed Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Barry I. Levy, Esq.
Rivkin Radler, LLP
926 RXR Plaza
Uniondale, New York 11556

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Douglas C. Palmer
*CLERK OF COURT*

Date: 3/1/2021

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

**RIDER "A" TO SUMMONS IN**
**GOVERNMENT EMPLOYEES INSURANCE CO., et al. v.**
**ECLIPSE MEDICAL IMAGING, P.C., et al.**

**Full Caption:**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY COMPANY,

Docket No.: _____(        )

Plaintiffs,

-against-

ECLIPSE MEDICAL IMAGING, P.C., JACK BALDASSARE, M.D., KENSINGTON RADIOLOGY GROUP, P.C., STANLEY FRIEDMAN, M.D., RONALD SCHLIFTMAN, M.D., MICHAEL SHAPIRO, M.D., KENSINGTON GROUP II INC., STANISLAV OCHILDIYEV, CARDENAL MANAGEMENT CORP., ALBERT VAYNSHTEYN a/k/a ALEX VAYNSHTEYN, YELENA MAKSUMOV a/k/a YELENA VAYNSHTEYN, and ROBERT MAKS a/k/a ROBERT MAKSUMOV,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**Named Defendants:**

**ECLIPSE MEDICAL IMAGING, P.C**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**JACK BALDASSARE, M.D.**
1500 Palisade Avenue, Apt. 17D
Fort Lee, NJ 07024-5349

**KENSINGTON RADIOLOGY GROUP, P.C.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**STANLEY FRIEDMAN, M.D.**
7002 Kennedy Blvd E, Apt. 28B
Guttenberg, NJ 07093-4928

**RONALD SCHLIFTMAN, M.D.**
24 Ferris Lane
Bedford, NY 10506-1715

**MICHAEL SHAPIRO, M.D.**
639 West End Avenue, Apt. PH
New York, NY 10025-7343

**KENSINGTON GROUP II INC.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**STANISLAV OCHILDIYEV**
67 Meadow Lane
Roslyn Heights, NY 11577-2340

**CARDENAL MANAGEMENT CORP.**
c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231-0001

**ALBERT VAYNSHTEYN a/k/a ALEX VAYNSHTEYN**
133 Everit Avenue
Hewlett, NY 11557-2217

**YELENA MAKSUMOV a/k/a YELENA VAYNSHTEYN**
133 Everit Avenue
Hewlett, NY 11557-2217

**ROBERT MAKS a/k/a ROBERT MAKSUMOV**
8010 Haddon Street
Jamaica, NY 11432-5813