UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------X

GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY,

Docket No.: 21-cv-01074 (BMC)

Plaintiffs,

-against-

ECLIPSE MEDICAL IMAGING, P.C., et al.,

Defendants.

--------------------------------------- X

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively, the "Plaintiffs"), and Defendants Eclipse Medical Imaging, P.C., Kensington Radiology Group, P.C., Jack Baldassare, M.D., Stanley Friedman, M.D., Ronald Schliftman, M.D., Michael Shapiro, M.D., Stanislav Ochildiyev, Albert Vaynshteyn, Yelena Maksumov, Robert Maks, Kensington Group II Inc. and Cardenal Management Corp. ("Defendants"), that all claims in this action asserted by Plaintiffs against the Defendants are dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41.

Dated: May 5, 2021

RIVKIN RADLER LLP

By: Frank P. Tiscione
Barry I. Levy, Esq.
Frank Tiscione, Esq.
926 RXR Plaza
Uniondale, New York 11556
*Counsel for Plaintiffs*

THE ZUPPA FIRM PLLC

By: ______________________
Raymond J. Zuppa, Esq.
1205 Franklin Avenue, Suite 350
Garden City, NY 11530
*Attorneys for Defendants*

**SO ORDERED:**

Digitally signed by Brian M. Cogan
U.S.D.J.

May 5, 2021