UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY, and
GEICO CASUALTY COMPANY,

Docket No.: 21-cv-01074 (BMC)

Plaintiffs,

-against-

ECLIPSE MEDICAL IMAGING, P.C., et al.,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company,

GEICO General Insurance Company, and GEICO Casualty Company (collectively, the

"Plaintiffs"), and Defendants Eclipse Medical Imaging, P.C., Kensington Radiology Group, P.C.,

Jack Baldassare, M.D., Stanley Friedman, M.D., Ronald Schliftman, M.D., Michael Shapiro,

M.D., Stanislav Ochildiyev, Albert Vaynshteyn, Yelena Maksumov, Robert Maks, Kensington

Group II Inc. and Cardenal Management Corp. ("Defendants"), that all claims in this action

asserted by Plaintiffs against the Defendants are dismissed, with prejudice, pursuant to Fed. R.

Civ. P. 41.

Dated: October 25 , 2021

RIVKIN RADLER LLP

THE ZUPPA FIRM PLLC

By:____Frank Tiscione____

By:_____

     Barry I. Levy, Esq.

     Raymond J. Zuppa, Esq.

     Frank Tiscione, Esq.

1205 Franklin Avenue, Suite 350

926 RXR Plaza

Garden City, NY 11530

Uniondale, New York 11556

*Attorneys for Defendants*

*Counsel for Plaintiffs*


**SO ORDERED:**


_____

U.S.D.J.

_____, 2021